UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. DBA GREENTECH RENEWABLES,<br><br>Plaintiff,<br><br>v.<br><br>MIDWAY LOGISTICS, LLC, et al.,<br><br>Defendants. | Case No. 24-cv-03361-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

Plaintiff Consolidated Electrical Distributors, Inc. dba Greentech Renewables and defendant Midway Logistics, LLC, by and through their counsel, have advised the Court that they have agreed to a settlement. IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE as between plaintiff and defendant Midway Logistics, LLC.

It is further ordered that if plaintiff or Midway Logistics, LLC certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

The Court retains jurisdiction over the case despite the dismissal; any party may move to enforce compliance with the settlement agreement if and as necessary.

Plaintiff shall file a notice of voluntary dismissal as to non-appearing defendant M&Z Encore Transportation, Inc. within 10 days of the date of this Order.

**IT IS SO ORDERED**.

Dated: March 4, 2025



WILLIAM H. ORRICK
United States District Judge